**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7278**

---

CHARLES SERGIO HAGLER, JR.,

           Plaintiff - Appellant,

  versus

GERALDINE MIRO, Warden; G. BEST, Lieutenant;
BETSY E. ALBRITTON, Captain; A. VAUGHN, Cor-
rectional Officer,

           Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-95-1471-2-22AJ)

---

Submitted:  February 7, 1996     Decided:  February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles Sergio Hagler, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (1988) complaint. We dismiss the appeal based upon our decision in Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Dismissals without prejudice are not appealable if the Appellant could save the action by amending the complaint. Because Hagler could amend to allege a significant mental or physical injury, the dismissal without prejudice is not appealable. See id. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2